UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>JOSE FRANCISCO BAEZ-VALENCIA,<br><br>                                    Defendant. | Case No.: 23-cr-0879-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On May 31, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for June 2, 2023, to July 21, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 15] and sets the Motion Hearing/Trial Setting on July 21, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Time is excluded from June 2, 2023, to July 21, 2023.

        IT IS SO ORDERED.

Dated:   6/1/2023                                                    _____
                                                                                    Hon. Jinsook Ohta
                                                                                    UNITED STATES DISTRICT JUDGE